FILED ___ ENTERED
___ LOGGED ___ RECEIVED

MAR 27 2025

CLERK
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re DMCA Subpoena to Cloudflare, Inc. | Case No. 25-mc-152 |

### REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO CLOUDFLARE, INC. PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGER

Petitioner Fox News Network, LLC ("Fox News"), by counsel, hereby requests that the Clerk of this Court issue a subpoena to Cloudflare, Inc. ("Cloudflare") to identify the alleged infringer(s) at issue pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena"). The proposed Section 512(h) Subpoena is attached hereto as Exhibit A.

The proposed Section 512(h) Subpoena is directed to Cloudflare, the content delivery network for the domain name NewsLive.com ("Subject Domain Name"). The owner and operator(s) of the Subject Domain Name have used the domain to infringe one or more copyrights owned by Fox News. Fox News has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h):

(1) Fox News has submitted a copy of the notification sent pursuant to 17 U.S.C. § 512(c)(3)(A) as Attachment 1 to the attached Declaration of David E. Weslow dated March 26, 2025 ("Weslow Decl."). Ex. B.

(2) Fox News has submitted the proposed Section 512(h) Subpoena attached hereto as Exhibit A; and

(3) Fox News, through its counsel of record, has submitted a sworn declaration confirming that the purpose for which the Section 512(h) Subpoena is sought

is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Fox News's rights under Title 17 of the United States Code. *See* Weslow Decl. ¶ 5.

Having complied with the statutory requirements, Fox News respectfully requests that the Clerk expeditiously issue and sign the proposed Section 512(h) Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it for service to Cloudflare, Inc.

Respectfully submitted,

/s/ David E. Weslow /s/
David E. Weslow
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
(202)719-7000 - phone
dweslow@wiley.law

*Counsel for Fox News Network, LLC*