# Attachment 1

David E. Weslow
202.719.7525
dweslow@wiley.law



March 26, 2025

Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000

**BY EMAIL**

wiley.law

Cloudflare, Inc.
Attn: Justin Paine, DMCA Agent
101 Townsend Street
Legal Department
San Francisco, CA 94107
abuse@cloudflare.com

Re:  Notice of Copyright Infringement:  newslive.com

Dear Sir or Madam:

We are counsel to FOX News Network, LLC ("Fox News").  This letter is a notification and request concerning the unauthorized use of Fox News's intellectual property by NewsLive.com, for which Cloudflare, Inc. appears to have served as the content delivery network.

Fox News and its related companies own all rights in the copyright protected content, photographs, text, images, graphics, animations, and source code associated with Fox News programming.  Fox News is the owner of hundreds of copyrights registered through the United States Copyright Office including, without limitation, copyright number TX0005647280. Additionally, Fox News is the exclusive owner of the FOX NEWS and FOXNEWS.COM trademarks, which are covered by numerous federal registrations including U.S. Federal Trademark Registration Nos. 2469849, 2697433, 2697434, 2697436, 2708769, 5173077, and 5185099.

It has been brought to Fox News's attention that NewsLive.com is making unauthorized use of Fox News's intellectual property through unauthorized live streams available at https://www.newslive.com/american/fox-news.html and https://www.newslive.com/business/fox-business-network-fbn.html.  See below:



Cloudflare, Inc.
Attn: Justin Paine, DMCA Agent
March 26, 2025
Page 2



We are formally notifying you of your customer's copyright infringing misconduct and requesting that you disable services in connection with NewsLive.com pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512. With express notice that a customer has misused your services to conduct activities in violation of the law, and presumably in violation of your Terms of Service, we expect that you are able to make a reasonable determination to deny further services for the Infringing Site.

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. To the best of my knowledge, and under penalty of perjury, the information contained in this letter is accurate and I am authorized to act on behalf of Fox News, owner of the infringed exclusive rights described above.

Please note that this letter does not prejudice Fox News's rights, remedies, claims, and defenses related to this matter, which are hereby expressly reserved.

Sincerely,

David E. Weslow
*Counsel for FOX News Network, LLC*

wiley.law